```
                      UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| GREATER NEW YORK MUTUAL INSURANCE COMPANY, as subrogee of SIXTY ACRE RESERVE CONDOMINIUM ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BROAN-NUTONE, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 12-4398 (MLC)<br><br>**O P I N I O N** |

**THE COURT** ordered the plaintiff to show cause why the Complaint insofar as it is asserted against the defendant Aubrey Manufacturing, Inc. ("AMI") should not be dismissed for, <u>inter alia</u>, the plaintiff's failure to comply with Federal Rule of Civil Procedure ("Rule") 4(m). (<u>See</u> dkt. entry no. 13, Order To Show Cause.)

**THE PLAINTIFF** has not responded to the Order To Show Cause. Thus, the Court intends to (1) grant the Order To Show Cause, and (2) dismiss the Complaint insofar as it is asserted against AMI pursuant to Rule 4(m). For good cause appearing, the Court will issue an appropriate order and judgment.

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge

Dated: May 3, 2013